# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE GERENA,<br><br>                     Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>                     Defendant. | Case No.: 14cv1733-MMA (MDD)<br><br>**ORDER RE: JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 25] |

On May 18, 2018, Plaintiff Josue Gerena ("Plaintiff") and Defendant Midland Credit Management, Inc. ("Defendant") jointly filed a stipulation of dismissal of the above-captioned action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. No. 25 at 2. Accordingly, this case is **DISMISSED WITH PREJUDICE** in its entirety. Each party must bear its own attorneys' fees and costs. The Clerk of Court is instructed to close this case.

Dated: May 21, 2018

Hon. Michael M. Anello
United States District Judge